**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 17-8470-JFW (SSx)**                                  Date: January 29, 2018

Title:   Juan Mendoza -v- Parker Hannifin Corporation, et al.

---

**PRESENT:**
**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
            None                                                                       None

**PROCEEDINGS (IN CHAMBERS):**   **ORDER DENYING PLAINTIFF'S MOTION TO REMAND THIS CASE TO LOS ANGELES SUPERIOR COURT [filed 12/21/2017; Docket No. 24]**

On December 21, 2017, Plaintiff Juan Mendoza ("Plaintiff") filed a Motion to Remand this Case to Los Angeles Superior Court. On December 29, 2017, Defendant Parker Hannifin Corporation ("Parker Hannifin") filed its Opposition. On January 8, 2018, Plaintiff filed his Reply. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court found the matter appropriate for submission on the papers without oral argument. The matter was, therefore, removed from the Court's January 22, 2018 hearing calendar, and the parties were given advance notice. After considering the moving, opposing, and reply papers, and the arguments therein, the Court rules as follows:

For the reasons stated in Parker Hannifin's Opposition, Plaintiff's Motion to Remand this Case to Los Angeles Superior Court is **DENIED**. The Court adopts and signs, as modified, Parker Hannifin's Proposed Statement of Decision Denying Plaintiff's Motion to Remand, lodged with the Court on January 10, 2018 [Docket No. 31-1].

IT IS SO ORDERED.